## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE ROBERT M. LEVY**          **DATE :   12/22 /11**

DOCKET NUMBER:  **11 cr 844 (KAM)**          LOG # : 405-422

DEFENDANT'S NAME :   **GERARDO P. FUSELLA**

✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL :   **PATRICK JOYCE**

___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A   **WHITMAN KNAPP**          DEPUTY CLERK :   **K. DILORENZO**

INTERPRETER :                              (Language)

_____ Hearing held. _____ Hearing adjourned to_____

✓ Defendant was released on $1 million _____ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

2 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

3 Additional surety (ies) to co-signed bond by 1/3/12 _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____ Stop _____

✓ Order of Speedy Trial entered.   Code Type_____ Start 12/22/11 Stop 1/24/12

✓ Defendant's first appearance. ✓ Defendant arraigned on the  indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the  indictment.

✓ Status conference set for 1/24/12 @ 1pm  before Judge Matsumoto

OTHERS : _____

_____

_____