## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Marilyn D. Go   **DATE :** 1/31/12

DOCKET NUMBER: 11 Cr 844 (KAm )   LOG #: 243-244

DEFENDANT'S NAME : Vincent Fusella; Gerardo Fusella

___ Present   ___ Not Present   ___ Custody   ___ Bail

DEFENSE COUNSEL :

___ Federal Defender   __ CJA   ___ Retained

A.U.S.A: Whitman Knapp   DEPUTY CLERK : K. DiLorenzo

INTERPRETER :   (Language)

_____ Hearing held. _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered.   Code Type____ Start_____ Stop _____

_____ Order of Speedy Trial entered.   Code Type_____ Start_____ Stop _____

____ Defendant's first appearance.   ___Defendant arraigned on the indictment.

_____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

_____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for _____ @ _____ before Judge _____

OTHERS : Three additional sureties were approved & will sign in NJ.