# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
4 W. South Orange Avenue
South Orange, NJ 07079
(973) 324-2711

March 20, 2012

Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: <u>United States v. Gerardo Fusella,</u>
11 CR 844

Your Honor,

This letter is in response to the Order dated March 16, 2012. I have been on vacation since receiving the notice and mistakenly believed that the Reply was due on March 26, 2012. I spoke with AUSA Whitman Knapp about this confusion and he consents to having my Response due on Monday, March 26, 2012.

Wherefore, it is respectfully requested that the Court adjourn the date to reply to Monday, March 26, 2012.

Respectfully Submitted,

Patrick Joyce