JAN-22-2005 21:23     US DISTRICT COURT NEWARK

DEC-30-2011 05:23     M J CLERICALS                    718 260 2623    P.02

Case 1:11-cr-00844-KAM Document 7 Filed 12/22/11 Page 1 of 1 PageID #: 33

United States District Court
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

V.

Gerardo
~~Vincent~~ Fusella Jr.
**Defendant**

**ORDER SETTING CONDITIONS
OF RELEASE AND BOND**

Case No.: 11 CR 844 (KAM)

**RELEASE ORDER**

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon Personal Recognizance Bond on his/her promise to appear at all scheduled proceedings as required, or

[ ] Upon Unsecured Bond executed by defendant in the amount of $_____ or $1 million

[ ] Upon Secured Appearance Bond as provided herein.

**Additional Conditions of Release**

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[x] 1. The defendant must remain in and may not leave the following areas without Court permission: EDNY, SDNY, NJ

[x] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: Victims, witnesses or potential witnesses

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[x] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[x] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and

[x] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work: as directed by PTS

[x] must report to that agency [ ] in person _____ times per _____ and/or [ ] by telephone _____ times per _____

[ ] is subject to home detention with electronic monitoring with the following conditions: _____

[x] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.

[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[x] Other Conditions: 3 additional sureties to co-sign by 1/3/12

Dft shall not possess a firearm. Appearance Bond to be fully secured by 1/5/12

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 1 million. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court the sum of $_____

[x] premises located at: 3 Luciana Lane, East Hanover owned by Pauline & Vincent Fusella

[ ] I/we also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before: 1/3/12

[x] Other Conditions: 9907 Seaport Blvd, Wildwood Crest NJ ———→ Pauline Fusella & Vincent

Pauline Fusella                    Address: 3 Luciana Ln. E Hanover NJ

Pauline Fusella (Surety)          Address: 3 Luciana Ln. E Hanover NJ

Vincent Fusella (Surety)          Address: 115 Ralph St. Belleville NJ

Michael ____ (Surety)            3 Andover LN. E Hanover, N.J. 07936

The Court has advised the defendant of the conditions of release per 18:3142(b)(1) and (b)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

_____
Signature of Defendant

Release of the Defendant is hereby ordered on 12/22 , 20 11

s/RML
_____, USMJ

Distribution:   White-Original   Canary-Courtroom Deputy   Pink-Pretrial Services   Goldenrod-Defendant

3/29/12  1) Defendant shall have a curfew with appropriate monitoring technology to be paid by defendant based on his ability to do so as determined by Pretrial Services, between 9pm and 5 a.m.

2) Defendant shall avoid and have no direct or indirect contact with John Doe #1, his personnel and employees

(continued)

3) Defendant shall identify all telephone lines that he uses or has used and shall agree that he will not object to an inspection of the phone records, including text messages and all other communications, by prepaid services.

I agree to the above additional conditions and declare under penalty of perjury that I agree and understand the consequences if the defendant, Gerardo Fasella, does not comply with his bond conditions. March 29, 2012, Brooklyn

1. _Pauline Fusella_
   Pauline Fusella

2. _Vince Fusell_
   Vincent Fusella

3. _Michelle Gamez_
   Michelle Gamez

4. _____
   Defendant Gerardo Fusella
   11-CR-844

SO ORDERED:
Brooklyn NY
March 29, 2012

USDJ
EDNY