**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

July 17, 2012

Judge Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
**VIA ECF**

Re: <u>United States v. Vincent Fusella, 11-CR-844 (KAM)</u>

Dear Judge Matsumoto,

      I represent defendant Vincent Fusella in the above-captioned matter. Mr. Fusella was released on a $500,000 bond secured by his residence and the signatures of six family members and friends. As a condition of his bail, Mr. Fusella's travel was restricted to the Eastern and Southern Districts of New York, and the District of New Jersey. I am writing to request that Mr. Fusella be permitted to briefly travel to Coopersburg, Pennsylvania (near Bethlehem) **this afternoon** at approximately 4 p.m., returning to New Jersey shortly thereafter but no later than 7 p.m.

      Mr. Fusella currently works at T. Fiore Demolition in Newark, New Jersey. His employer has asked him to drive two co-workers to Coopersburg Kenworth, Inc., located at 1390 Pennsylvania 309, Coopersburg, Pennsylvania so that they can take delivery of two trucks. After dropping off his co-workers in Coopersburg, Mr. Fusella will immediately return to New Jersey. I have discussed this application with Pre-Trial Services and AUSA Whitman Knapp and they have no objection to this request.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Morris J. Fodeman*

Morris J. Fodeman
Attorney for Vincent Fusella

cc:    Erin Rodriguez, PTSO (via email)
        Elizabeth Charleston, PTSO (via email)
        AUSA W. Knapp (via ECF)
        Vincent Fusele