# STUART D. RUBIN
ATTORNEY AT LAW
SUITE 2506
26 COURT STREET
BROOKLYN, NEW YORK 11242

TEL. (718) 802-0778
FAX. (718) 802-0831
stuartrubin@comcast.net

February 6, 2014

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States vs. Gerardo Fusella*
    11 Cr. 844

Dear Judge Matsumoto:

    I represent defendant Gerardo Fusella in the captioned matter. Pursuant to Your Honor's instructions I have confirmed that the defendant Gerardo Fusella surrendered to The United States Bureau of Prisons institution known as Butner Low FCI on February 5, 2014 to serve his term of incarceration previously imposed by The Court. Mr. Fusella's United States Bureau of Prisons Register Number is 79832-053.

                                                Respectfully submitted,

                                                S/ Stuart Rubin

                                                Stuart D. Rubin